# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                              NO. 2023 KW 0638

VERSUS

CRAIG SULLIVAN                          **SEPTEMBER 25, 2024**

---

In Re:    Craig Sullivan, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 09-99-0028.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a copy of the district court's ruling on the motion, bill of
information, commitment order, and any other portions of the
district court record that might support the claims raised in
the writ application. Therefore, this court cannot adequately
review the ruling at issue herein. Supplementation of this writ
application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9. In the event relator elects to file a new
application with this court, he may do so without the necessity
of obtaining a return date. Any future filing on this issue
should include the entire contents of this application, the
missing items noted above, and a copy of this ruling.

                              PMc
                              CHH
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT